U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 14 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| MALCOLM KELSO, D/B/A IRONTREE GROUP, ET AL | CIVIL ACTION 12-2756 |
| VERSUS | JUDGE HAIK |
| CHRISTINE BUTLER, ET AL | MAGISTRATE JUDGE HANNA |

## RULING

Before the Court is a Motion for Summary Partial Judgement filed by Malcolm Kelso D/B/A Irontree Group (Doc. #30). In his motion, Mr. Kelso seeks a ruling in his favor on the breach of contract issues with respect to the Consulting Agreement and the Lawsuit Contract.

A Motion for Summary Judgment should be granted only if the pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits show that "there is no genuine issue of material fact and that the moving party is entitled to a judgment as a matter of law." F.R.C.P. 56( c), *Celotex Corp v. Catrett*, 477 U.S. 317 (1986). The moving party has the initial burden of establishing the absence of material fact issues; the non-moving party must then show there is a genuine issue for trial. The Court views the factual issues in a light most favorable to the non-moving party. *Tubacex, Inc. v. M/V. Risan*, 45 F.3d. 951 (5th Cir. 1995).

Given the complexity of this matter, the Court finds there are genuine issues of material fact in existence which preclude the granting of summary judgment on the pivotal issue of breach of contract. Consequently, the Motion for Partial Summary Judgment is **DENIED**.

**THUS DONE** and **SIGNED** on this 8th day of April, 2014.

_____
**RICHARD T. HAIK, SR., DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**