RECEIVED

JAN 2 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MALCOLM KELSO et al | CIVIL ACTION NO. 12-2756 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHRISTINE A. BUTLER et al | MAGISTRATE JUDGE HANNA |

## ORDER

As previously explained to Plaintiff during the telephone pretrial conference held on December 17, 2014 [*See* Doc. #190], corporations and LLCs cannot appear in federal court without representation of counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) (per curiam) (citing *Rowland* and *Southwest Express Co., Inc.*)(corporations, partnerships and associations may not appear in federal court unless represented by an attorney); *U.S. v. Hagerman*, 545 F.3d 579, 581–82 (7th Cir. 2008) (rationale applies to limited liability companies as well); *Lattanzio v. COMTA*, 481 F.3d 137 (2d Cir. 2007)(same). Accordingly, noting the absence of enrolled counsel, the Court hereby finds that A & H Oil Interest, LLC has abandoned its position in this litigation.

The clerk is asked to terminate A & H Oil Interest, LLC in the record of the above-captioned matter.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19 day of January, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE